F I ! E D
CHARLOTTE, N. C.

OCT 2 5 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

# United States District Court
## For The Western District of North Carolina
### Charlotte Division

James Jackson,

      Plaintiff(s),

vs.

Boyd Bennett, et al,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05cv431

DECISION BY COURT.  This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/25/05 Order.

October 25, 2005

FRANK G. JOHNS, CLERK

BY: _Candace Cochran_
Candace Cochran, Deputy Clerk